No. 17,759.

Thomas C. Woods *v.* J. Scott Juhan.
(297 P. [2d] 887)

Decided May 28, 1956.

Mr. A. J. Laing, Mr. Harry F. Claussen, for plaintiff in error.

Mr. Robert Delaney, Mr. Kenneth Balcomb, for defendant in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion.